IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JAMES ERIC LOFTEN | § | |
| VS. | § | CIVIL ACTION NO.   1:05cv128 |
| STATE OF TEXAS, ET AL. | § | |

**MEMORANDUM ORDER OVERRULING PETITIONER'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Petitioner James Eric Loften,[1] an inmate confined at the McConnell Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se,* filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The court heretofore ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge.  The magistrate judge recommends dismissing the petition as successive.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence.  Petitioner filed objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law.  *See* FED. R. CIV. P. 72(b).  After careful consideration, the court concludes the objections are without merit.  Petitioner may not pursue habeas relief without authorization from the

---

[1] Although petitioner spells his surname "Loften" in this action, he has used the spelling "Lofton" in other civil actions.

United States Court of Appeals for the Fifth Circuit. Petitioner may not pursue his civil rights claims because he has not paid the filing fee and his allegations do not demonstrate that he is in imminent danger of serious physical injury. *See Lofton v. Johnson*, No. 99-10749 (5th Cir. Oct. 18, 1999).

## ORDER

Accordingly, petitioner's objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 10th day of May, 2005.

_Marcia A. Crone_
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE